UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) |
| | ) **'10 MJ 1039** |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| | ) Title 8, USC 1326 Deported Alien Found In |
| | ) The United States |
| | ) |
| | ) |
| | ) |
| Guillermo SANCHEZ, | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

The undersigned complainant being, duly sworn, states:
On or about March 29, 2010, within the Southern District of California, defendant, Guillermo SANCHEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sergio Narvaez
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 30th DAY OF    March   , 2010.

William V. Gallo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Guillermo SANCHEZ

## PROBABLE CAUSE STATEMENT

On March 29, 2010 at approximately 2:00 a.m., Border Patrol Agent M. Wiesner was assigned to line watch duties in the Chula Vista Border Patrol Station's area of operation. Agent Wiesner was working in an are known as Copper Canyon which is approximately five miles east of the Otay Mesa, California Port of Entry and begins at the United States/Mexico international boundary. This area is frequently used by undocumented aliens in an attempt to further their illegal entry into the United States. While in the canyon, Agent Wiesner encountered three individuals walking northbound. Agent Wiesner approached the three individuals and identified himself as a United States Border Patrol Agent. The three individuals attempted to abscond but Agent Wiesner was able to detain two of the three individuals. Agent Wiesner individually questioned the subjects as to their citizenship and nationality. Both individuals, including one later identified as defendant Guillermo SANCHEZ, responded "Mexico." Both subjects were then asked individually if they had any legal immigration documents that would allow them to enter or remain in the United States. Both individuals, including the defendant stated, "No." At approximately 2:30 a.m., Agent Wiesner placed both individuals under arrest and had them transported to the Chula Vista Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on May 11, 2009 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and was willing to answer questions without an attorney present. The defendant states he is a citizen and national of Mexico and does not posses any immigration document that would allow him to enter or remain in the United States legally.